

*1036080010*

CJ7 702

Timmons

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

FEB ~ 7 2017

RICK WARREN
COURT CLERK

89_____

| | | |
|---|---|---|
| SANDRA RHAE HESKETT, | ) | |
| Plaintiff. | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| THEODORA ANGELINE LASSITER, | ) | Case No. |
| SAMUEL ALEXANDER LASSITER, | ) | |
| and METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| Defendants. | ) | |

CJ-2017-702

### PETITION

1. Plaintiff, Sandra Rhae Heskett, is an individual and a resident of Oklahoma County, Oklahoma. Her address is 18437 Las Meninas Dr., Edmond, Oklahoma.

2. Defendant Theodora Angeline Lassiter is an individual, and through belief, a resident of Oklahoma County, Oklahoma who resides at 1600 S. Rankin, Edmond, Oklahoma.

3. Defendant Samuel Alexander Lassiter, is an individual, and through belief, a resident of Oklahoma County, Oklahoma who resides at 1600 S. Rankin, Edmond, Oklahoma.

4. Defendant Metropolitan Life Insurance Company is a foreign Corporation in good standing whose offices are located at 200 Park Ave., New York City, New York.

5. Venue is proper in Oklahoma County against Metropolitan Life Insurance Company pursuant to 12 O.S. § 137 in that this action is for breach of contract and foreign Defendant is an insurance company with agents in Oklahoma County, Oklahoma and the cause of action arose in Oklahoma County, Oklahoma.

### COUNT I- BREACH OF CONTRACT

6. Plaintiff incorporates the allegations contained in paragraphs 1 through 5 as if fully set forth herein.

Exhibit
1

7. On November 21, 2016, Mark Eugene Lassiter, a client of Metropolitan Life Insurance Company (hereinafter "MetLife") signed a Designation of Beneficiary form (hereinafter "form") for the Federal Employees' Group Life Insurance Program. The form is an Offer from MetLife to fulfill the terms outlined in the form. *Attached as Exhibit A.*

8. The form designated Defendants Samuel Alexander Lassiter and Theodora Angeline Lassiter, Plaintiff Sandra Rhae Heskett, and minor child Jayden Zachary Lassiter as beneficiaries of the policy.

9. Part C of the form states "I am cancelling any and all previous Designations of Beneficiary under the Federal Employees' Group Life Insurance Program and am now designating the beneficiary (ies) named above."

10. Mark Eugene Lassiter signed the form in front of 2 witnesses, Scott Mahnke and Eric Solomon to verify his identity. At this point, Mark Lassiter accepted the offer to change his beneficiary and created a contract for himself and the beneficiaries with MetLife. *Testimony of Witnesses attached as Exhibit B.*

11. The form was sent to MetLife. On or about December 22, 2016, Mark Eugene Lassiter died.

12. Mark Lassiter continued to make his payments to MetLife for the life insurance policy and the policy was in good standing at the time of his death.

13. The heirs of Mark Lassiter contacted MetLife. MetLife breached its contract with Mark Lassiter and Plaintiff by refusing to honor the contract created. MetLife did not pay Plaintiff her share of the policy, paying Defendants Theodora Lassiter and Samuel Lassiter pursuant to a 2013 Designation of Beneficiary form instead. As such, Plaintiff is entitled to sue for breach of contract as a third-party beneficiary. *See* Zahn v. Gen. Ins.

Co., 611 P.2d 645, 647 (Okla.1980); Christian v. Metropolitan Life Ins. Co., 566 P.2d

445, 448 (Okla.1977). *See also,* 15 O.S. § 29.

14. By refusing to perform under the terms of the contract, Defendant MetLife committed a

material breach of contract for which Plaintiff is entitled to damages in excess of

$10,000.

**COUNT II- VIOLATION OF TITLE 36 CHAPTER 40 OKLAHOMA STATUTES**

15. Plaintiff incorporates the allegations set forth in paragraphs 1 – 14 as if fully set forth

herein.

16. Life Insurance policies are subject to Title 36, Chapter 40 of the Oklahoma Statutes. 36

O.S. § 4001.

17. Defendant MetLife violated 36 O.S. § 4030.1 by not providing necessary forms to

Plaintiff, Sandra Heskett, within 10 days after receiving notice of the death of Mark

Lassiter to prove the death of Mark Lassiter and her claim to payment.  Also, Defendant

MetLife did not pay Plaintiff, Sandra Heskett, her portion of the policy within 30 days of

receiving proof of the death of Mark Lassiter.

18. Moreover, Defendant MetLife violated 36 O.S. § 3629 by not providing proof of loss

forms to Plaintiff, Sandra Heskett.

19. These violations allow Plaintiff to recover attorney fees and interest on the unpaid benefit

in this case.

**COUNT III – UNJUST ENRICHMENT**

20. Plaintiff incorporates the allegations contained in paragraphs 1 through 19 as if set forth

herein.

21. The acts of non-performance by Defendant MetLife have unjustly enriched Defendants Samuel Alexander Lassiter and Theodora Angeline Lassiter.

22. The acts of non-performance by Defendant MetLife and unjust enrichment of Defendants Samuel Lassiter and Theodora Lassiter caused Plaintiff detriment in an amount exceeding $10,000 as Plaintiff has a reasonable expectation of performance by Defendant MetLife.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests she be given judgment against the Defendants on the above causes of action and requests the following relief:

    a.  Breach of contract damages in an amount exceeding $10,000;

    b.  Detriment damages from unjust enrichment in an amount exceeding $10,000;

    c.  Attorney fees together with interest and the costs of filing suit;

    d.  Such other and further relief as Plaintiff is entitled to at law and in equity.

Sarah C. Stewart, #22726
Sarah Stewart Legal Group
929 NW 164 St., PMB 308
Edmond, OK 73013
T: (405) 548-5763
F: (405) 721-2111
sstewart@sarahstewartlaw.com
*Attorney for Plaintiff*

*ATTORNEY LIEN CLAIMED*

## **VERIFICATION**

STATE OF OKLAHOMA     )
                             )    ss.
COUNTY OF OKLAHOMA    )

SANDRA RHAE HESKETT read the foregoing Petition, she is familiar with the contents thereof, and the facts therein stated are true and correct to the best of her knowledge.

_____
SANDRA RHAE HESKETT, Plaintiff

Subscribed and acknowledged before me the 2nd day of February, 2017.

_____
NOTARY PUBLIC

My commission expires: 1/20/19

# EXHIBIT A

# DESIGNATION OF BENEFICIARY FORM



**FEGLI**
Federal Employees
Group Life Insurance

Form Approved
OMB No. 3206-0136

# Designation of Beneficiary
## Federal Employees' Group Life Insurance (FEGLI) Program
(DO NOT erase or cross-out. Use a new form.)

**Important:**
Read instructions on the
Back of Part 2 before completing this form.

## A.   Information About the Insured (not the Assignee, if there is one) (type or print)

| Name of Insured (*Last, first, middle*) | Date of birth of Insured (*mm/dd/yyyy*) | Social Security Number of Insured |
|---|---|---|
| Lassiter, Marak Eugene | Redact | Redact |

The Insured is:
*Place an "X" in the appropriate box.*

[X] an employee
[ ] a retiree
[ ] a compensationer

If the Insured is retired or receiving Federal Employees' Compensation, give CSA, CSI, or OWCP claim number:

Department or agency where the Insured works (*If retired, last department or agency where the Insured worked*):

| Department or agency | Bureau or division | Location (*city, state, and ZIP code*) |
|---|---|---|
| Air Force | 38 CEIG | Tinker AFB, OK 73145 |

## B.   Information About the Beneficiary or Beneficiaries (See Back of Part 1 for examples) (type or print)

| First name, middle initial, and last name of each beneficiary | Social Security Number | Address (*Including ZIP code*) | Relationship | Percent or fraction designated |
|---|---|---|---|---|
| Samuel Alexander Lassiter | Redact | 1600 S Rankin, Edmond, OK 73013 | Son | 40 |
| Theodora Angeline Lassiter | Redact | 1600 S Rankin, Edmond, OK 73013 | Daughter | 10 |
| Jayden Zachary Lassiter | Redact | 1600 S Rankin, Edmond, OK 73013 | Grandson | 30 |
| Sandra Rhae Heskett | Redact | 18437 Las Meninas Dr, Edmond, OK 73012 | Domestic Partn | 20 |
| | | | | |
| | | | | |
| **Total  (Must equal 100% or 1.0) (Do not use dollar amounts)** (Do not put a Total if you designated types of insurance. See example 4 on Back of Part 1.) | | | | 100 |

## C.   Statement of Insured or Assignee (type or print)

Your name and address (*Including ZIP code*)

Mark Lassiter
18437 Las Meninas Dr
Edmond, OK 73012

**Please check one:**
I am:
[X] the Insured
[ ] an Assignee
*See Back of Part 2 for definitions*

**Please check all three:**
[X] I have not assigned the insurance.
[X] Two people who witnessed my signature signed below.
[X] I did not name either witness as a beneficiary.

I understand that if there is a valid assignment on file, only the assignee has the right to designate a beneficiary. If a valid assignment is not on file, but there is a valid court order on file with the agency or the U.S. Office of Personnel Management, as appropriate, any designation I complete for the same benefits is not valid.

I understand that if this Designation is valid, it will stay in effect unless it is canceled. (See "When Is A Designation Canceled?" on the Back of Part 2).

I understand that if this Designation is invalid for any reason, the Office of Federal Employees' Group Life Insurance will pay benefits according to the next most recent valid designation. If there isn't one, it will pay according to the order listed on the Back of Part 2.

I am canceling any and all previous Designations of Beneficiary under the Federal Employees' Group Life Insurance Program and am now designating the beneficiary(ies) named above.

Signature of Insured/Assignee (*Only the Insured/Assignee may sign. Signatures by guardians, conservators or through a power of attorney are not acceptable.*)  This form is not valid unless the Insured/Assignee signs in this box.

Date (*mm/dd/yyyy*)
11/21/2016

## D.   Witnesses To Signature (A witness is not eligible to receive a payment as a beneficiary.)

Signature of witness
Address (*Including ZIP code*)
8308 NW 117th St, OKC, OK 73162

Signature of witness
Address (*Including ZIP code*)
2595 Greystone Ln, Choctaw, OK 73020

## E.   For Agency Use Only (or OPM, as appropriate)

| Receiving agency | Date of receipt (*mm/dd/yyyy*) | Signature of authorized official | Title |
|---|---|---|---|
| | | | |

U.S. Office of Personnel Management
FEGLI Handbook  (RI 76-26)

Previous editions are not usable.

SF 2823
Revised May 2014

# EXHIBIT B

# AFFIDAVITS OF TESTIMONY FROM WITNESSES TO DESIGNATION OF BENEFICIARY FORM

## AFFIDAVIT OF TESTIMONY OF WITNESS TO
## DESIGNATION OF BENEFICIARY FORM

STATE OF OKLAHOMA   )
                            )    SS.
COUNTY OF OKLAHOMA )

Before me this day personally appeared ERIC SOLOMON, who, first being duly sworn states:

1. Affiant is Eric Solomon.

2. Affiant knew Mark Eugene Lassiter.

3. To Affiant's knowledge, Mark Eugene Lassiter lived at 18437 Las Meninas Dr., Edmond, OK 73012.

4. To Affiant's knowledge all information on the form is correct, except line A, stating the signer was "Lassiter, Marak Eugene."

5. Affiant knew the signer to be Mark Eugene Lassiter.

6. Affiant witnessed Mark Eugene Lassiter sign the Designation of Beneficiary form for Federal Employees' Group Life Insurance Program.

7. The document was signed November 21, 2016.

8. At the time of the signing, Mark Eugene Lassiter appeared to understand and want to sign the document.

9. Affiant is not a beneficiary of the policy.

_____
Eric Solomon, Affiant

The foregoing instrument was subscribed and sworn before me on the $6$ day of _____, 2017.

My commission expires: 1/20/19

_____
Notary Public

DONNA WILKITE
NOTARY
# 15000507
EXP. 01/2019
STATE PUBLIC
OF OKLAHOMA

## AFFIDAVIT OF TESTIMONY OF WITNESS TO
## DESIGNATION OF BENEFICIARY FORM

STATE OF OKLAHOMA    )
                     )        SS.
COUNTY OF OKLAHOMA )

Before me this day personally appeared SCOTT MAHNKE, who, first being duly sworn states:

1. Affiant is Scott Mahnke.

2. Affiant knew Mark Eugene Lassiter.

3. To Affiant's knowledge, Mark Eugene Lassiter lived at 18437 Las Meninas Dr., Edmond, OK 73012.

4. To Affiant's knowledge all information on the form is correct, except line A, stating the signer was "Lassiter, Marak Eugene."

5. Affiant knew the signer to be Mark Eugene Lassiter.

6. Affiant witnessed Mark Eugene Lassiter sign the Designation of Beneficiary form for Federal Employees' Group Life Insurance Program.

7. The document was signed November 21, 2016.

8. At the time of the signing, Mark Eugene Lassiter appeared to understand and want to sign the document.

9. Affiant is not a beneficiary of the policy.

_____
Scott Mahnke, Affiant

The foregoing instrument was subscribed and sworn before me on the 2 day of ____, 2017.

My commission expires: 1-24-19                 Notary Public

[Notary seal: SHELLY HOLMES, NOTARY, # 11000727, EXP. 01/24/19, PUBLIC, STATE OF OKLAHOMA]