# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SANDRA RHAE HESKETT, an individual.<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>(1) THE METROPOLITAN LIFE INSURANCE COMPANY, office of Federal Group Life Insurance,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-17-236-C<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sandra Rhae Heskett and Defendant Metropolitan Life Insurance Company hereby dismiss their respective claims with prejudice to the refiling thereof. Each party is to bear their own attorneys' fees and costs.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/Sarah C. Stewart
　　　　　　　　　　　　　　　　　Sarah C. Stewart, OBA No. 22726
　　　　　　　　　　　　　　　　　Sarah Stewart Legal Group
　　　　　　　　　　　　　　　　　929 NW 164th St., PMB 308
　　　　　　　　　　　　　　　　　Edmond, OK  73013
　　　　　　　　　　　　　　　　　T: (405) 548-5763
　　　　　　　　　　　　　　　　　F: (405) 721-2111
　　　　　　　　　　　　　　　　　sstewart@sarahstewartlaw.com
　　　　　　　　　　　　　　　　　***Attorney for Plaintiff***

/s/James Wesley S. Pebsworth
(*Signed by Filing Attorney with Express Permission of Non-Filing Attorney*)
Renee DeMoss, OBA No. 10779
James Wesley S. Pebsworth, OBA No. 30900
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217
(918) 595-4800
(918) 595-4995 Fax
*rdemoss@gablelaw.com*
*wpebsworth@gablelaw.com*
**Attorneys for Defendant**